**KIPP FLORES ARCHITECTS, L.L.C., Plaintiff–Appellee,**

v.

**HALLMARK DESIGN HOMES, L.P., Defendant–Appellant,**

**Ronald D. Tow, Chapter 7 Bankruptcy Trustee, Appellant.**

No. 13–20011.

United States Court of Appeals, Fifth Circuit.

Nov. 7, 2013.

Louis Karl Bonham, Osha Liang, L.L.P., Austin, TX, Patrick Andrew Zummo, Esq., Law Offices of Patrick Zummo, Houston, TX, for Plaintiff–Appellee.

Richard Brent Cooper, Esq., Timothy M. Dortch, Diana L. Faust, Michelle Elaine Robberson, Cooper & Scully, P.C., Dallas, TX, for Defendant–Appellant.

---

Before SMITH, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

Kipp Flores Architects, L.L.C. ("KFA"), sued Hallmark Design Homes, L.P. ("Hallmark"), for copyright infringement in building houses based on KFA's architectural plans without purchasing the plans for each house as required. A jury found Hallmark liable and awarded substantial damages. Hallmark appeals, contending that the evidence was insufficient to support a jury finding of "substantial similarity" and that the damages are inappropriate as a matter of law because KFA did not meet its burden of proof.

We have reviewed the briefs, the applicable law, and the pertinent portions of the record and have heard the arguments of counsel. The case was well tried by the magistrate judge sitting by consent. There is no error, and the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.